JUDGE KAPLAN

08 CV 5605

Cardillo & Corbett
Attorneys for Plaintiff
WEST LINE SHIPPING CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR-7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WEST LINE SHIPPING CO., LTD.,            :
                                         :
                         Plaintiff,      :      ECF
                                         :      RULE 7.1 STATEMENT
            -against-                    :
                                         :
COSCO LOGISTICS (TIANJIN) CO., LTD.      :
                                         :
                         Defendant.      :
------------------------------------------x

RECEIVED JUN 20 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, WEST LINE SHIPPING CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         June 20, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              WEST LINE SHIPPING CO., LTD.

                         By: _____
                              James P. Rau (JR 7209)