USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06-23-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WEST LINE SHIPPING CO., LTD.,         :
                                      :
                      Plaintiff,      :
                                      :    ORDER APPOINTING
        -against-                     :    PERSON TO SERVE
                                      :    PROCESS
COSCO LOGISTICS (TIANJIN) CO., LTD.,  :    08 Civ. 5605 (LAK)
                                      :
                      Defendant.      :
------------------------------------x

       Upon motion of the Plaintiff for an order appointing James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

       Upon reading the Affidavit of James P. Rau, sworn to June 20, 2008, and good cause having been shown,

       IT IS ORDERED that James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
      June 20, 2008

                                        _____
                                      United State District Judge

Part I